In the Matter of VICTOR SEROTA, Appellant, v. VIVIAN SEROTA, Respondent.—

760

In our opinion, the reduction in the amount directed to be paid for support was inadequate, and the award of counsel fees was excessive, to the extent indicated herein. Rabin, P. J., Munder, Martuscello, Gulotta and Benjamin, JJ., concur.